The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDSAY DUNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:17-CV-333<br><br>STIPULATION AND [PROPOSED] ORDER RENOTING MOTION, AND PARTIALLY RESETTING BRIEFING SCHEDULE |

## STIPULATION

On June 13, 2017, BNSF filed a Motion to Dismiss. (DKT 6.) The motion is noted for July 7, 2017. On July 3, 2017, Mr. Dunn filed his response brief. (DKT13.) Under the current schedule, BNSF's reply brief is due July 7, 2017.

On July 3, there was a death in the immediate family of the attorney who is charged with drafting BNSF's reply. Under the circumstances, BNSF requested that Mr. Dunn agree to permit BNSF to renote the motion for July 14, 2017, and file its reply brief by that date. Mr. Dunn has agreed. Accordingly, the parties request that BNSF be permitted to renote its Motion to Dismiss for July 14, 2017, and its reply brief be due by that day.

STIPULATION AND [PROPOSED] ORDER RENOTING
MOTION, AND PARTIALLY RESETTING BRIEFING
SCHEDULE - 1

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone: (206) 625-1801
Facsimile: (206) 6285-1807

1

2  /s/ William G. Jungbuaer, Esq               /s/ Kelsey Endres
3  William G. Jungbuaer, Esq.                  Kelsey Endres
   Attorney for Plaintiff, Lindsay Dunn        Attorneys for Defendant, BNSF Railway
4  Yaeger & Jungbauer Barristers, PLC          Montgomery Scarp, PLLC
   4601 Weston Woods Way                       1218 3rd Ave., Ste 2500
5  St. Paul, MN 55127                          Seattle, WA 98101-3237

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RENOTING            MONTGOMERY SCARP, PLLC
MOTION, AND PARTIALLY RESETTING BRIEFING              1218 Third Avenue, Suite 2500
SCHEDULE - 2                                            Seattle, Washington 98101
                                                      Telephone: (206) 625-1801
                                                      Facsimile: (206) 6285-1807

1

2 **ORDER**

3   IT IS SO ORDERED.

4

5

6 DATED this ~~6th~~ 7th of July, 2017.

7 

8

9   Honorable James L. Robart
    U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RENOTING
MOTION, AND PARTIALLY RESETTING BRIEFING
SCHEDULE - 3

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone: (206) 625-1801
Facsimile: (206) 6285-1807

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am the assistant to an attorney with Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of the STIPULATION AND [PROPOSED] ORDER RENOTING MOTION, AND PARTIALLY RESETTING BRIEFING SCHEDULE has been filed with the U.S. District Court via the ECF system which gives automatic notification to the following interested parties:

William Jungbuaer
Attorneys for Plaintiff,
Yaeger Jungbauer & Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 6th day of July, 2017, at Seattle, Washington.

/s/AlmaCerimovic
Alma Cerimovic

STIPULATION AND [PROPOSED] ORDER RENOTING
MOTION, AND PARTIALLY RESETTING BRIEFING
SCHEDULE - 4

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone: (206) 625-1801
Facsimile: (206) 6285-1807