HONORABLE JAMES ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDSAY DUNN, | No.: 2:17-cv-333 |
| Plaintiff, | **NOTICE OF RE-NOTED MOTION TO DISMISS** |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | **Re-Note on Motion Calendar: October 27, 2017** |
| Defendant. | |

TO:   Clerk of the Court.

Please be advised that Defendant BNSF Railway Company, with Plaintiff's agreement, re-notes its *Motion to Dismiss Portions of Plaintiff's Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6)* **to Friday, October 27, 2017.**

Dated this 6th day of October, 2017.

Montgomery Scarp, PLLC

__s/ Kelsey Endres_____
__s/ Tom Montgomery_____
Kelsey Endres, WSBA No. 39409
Tom Montgomery, WSBA No. 19998
1218 Third Ave., Ste. 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
kelsey@montgomeryscarp.com
tom@montgomeryscarp.com

NOTICE OF RE-NOTED MOTION TO DISMISS - 1
[Cause No. 2:17-cv-333]

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206)625-1807

## CERTIFICATE OF SERVICE

    I am over the age of 18 and not a party to this action.  I am the assistant to an attorney with Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle, Washington, 98101.

    I hereby certify that true and complete copy of *BNSF'S NOTICE OF RE-NOTED MOTION TO DISMISS* has been filed with the United States District Court via the ECF system which gives automatic notification to the following interested parties:

| | |
|---|---|
| Bradley Crosta | William Jungbauer (*admitted pro hac vice*) |
| Crosta Law Office, PLLC | Christopher Bowman (*admitted pro hac vice*) |
| 999 Third Avenue, Suite 2525 | Yaeger & Jungbauer Barristers, PLC |
| Seattle, WA 98104 | 4601 Weston Woods Way |
| bcrosta@crostalaw.com | St. Paul, MN 55127 |
| | wgjgrp@yjblaw.com |

    DATED this 6th day of October, 2017, at Seattle, Washington.

                                                        s/ Pamela Ruggles_____
                                                        Pamela Ruggles, Paralegal

NOTICE OF RE-NOTED MOTION TO DISMISS - 2
[Cause No. 2:17-cv-333]

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206)625-1807