HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY DUNN,<br><br>      Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>      Defendant | Court File No.: 2:17-CV-333<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>NOTING DATE: OCTOBER 19, 2017 |

### I. STIPULATION

1. Plaintiff Lindsay Dunn filed a complaint with the Department of Labor—Occupational Safety and Health Administration ("OSHA") on July 23, 2015, alleging that Defendant BNSF Railway Company violated the whistleblower protections of the Federal Rail Safety Act, codified at 49 U.S.C. § 20109.

2. OSHA completed its investigation into Dunn's complaint and issued findings on September 19, 2016. In those findings, OSHA conveyed its determination that "the burden of establishing that [Dunn] was retaliated against in violation of the FRSA cannot be sustained" and therefore found that "there [was] no reasonable cause to believe that [BNSF] violated the FRSA."

3. On October 12, 2016, Dunn timely objected to OSHA's findings and requested a de novo hearing with the Department of Labor's Office of Administrative Law Judges, pursuant to 29 C.F.R. § 1982.106.

Stipulation for Dismissal Pursuant to FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 1

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

4. On March 3, 2017, Dunn removed his claim to this Court by filing a *de novo* action pursuant to 49 U.S.C. § 20109(d)(3).[1] The complaint was timely served on BNSF on May 23, 2017.[2]

5. On June 13, 2017, BNSF filed a motion to dismiss Dunn's complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).[3] On August 25, 2017, this Court granted in part and denied in part the motion to dismiss, directed Dunn to show cause within seven days why the alternative-handling portion of the complaint should not be dismissed, and granted Dunn leave to file an amended complaint within fourteen days.[4] Dunn timely responded to the show-cause order on August 31, 2017,[5] and timely filed an amended complaint on September 8, 2017.[6]

6. In the interim, BNSF timely moved for reconsideration of a portion of the Court's August 25 order.[7] This Court denied that motion on September 7, 2017.[8]

7. On September 22, 2017, BNSF moved to dismiss portions of Dunn's amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).[9] That motion is currently noted for October 27, 2017.[10]

8. As of the filing of this stipulation, BNSF has not filed an Answer in this Federal Court action, nor a motion for summary judgment pursuant to Fed. R. Civ. P. 56.

9. Dunn has determined not to pursue this litigation further and elects to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a). *See Swedberg v. Marotzke*, 339 F.3d 1139, 1146 (9th Cir. 2003) (stating that after a defendant has filed a motion to dismiss pursuant to Rule 12(b)(6), "plaintiff is free to file a proper notice of dismissal pursuant to Rule 41(a)(1)").

---

[1] ECF No. 1.
[2] ECF No. 3.
[3] ECF No. 6.
[4] ECF No. 22.
[5] ECF No. 23.
[6] ECF No. 26.
[7] ECF No. 24.
[8] ECF No. 25.
[9] ECF No. 27.
[10] ECF No. 29.

Stipulation for Dismissal Pursuant to FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

10. Given Dunn's voluntary dismissal, BNSF agrees that its pending Motion to Dismiss is moot.

11. Each party agrees to be responsible for its own costs and attorneys' fees associated with this litigation.

## II. MOTION

Both Dunn and BNSF are properly advised and agree with this Voluntary Dismissal. For these reasons, both parties ask this Court to dismiss this action and all related motions as proposed herein.

[Remainder of this page purposefully left blank. Signature block follows on next page.]

Stipulation for Dismissal Pursuant to FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 3

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

Respectfully Submitted,

Dated: October 19, 2017

YAEGER & JUNGBAUER BARRISTERS, PLC

By: /s/ Christopher W. Bowman
William G. Jungbauer, admitted *pro hac vice*
Christopher W. Bowman, admitted *pro hac vice*
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
Facsimile: (651) 288-0227
wgjgrp@yjblaw.com
cbowman@yjblaw.com

-and-

CROSTA LAW OFFICE

By: /s/ Bradley K. Crosta
Bradley K. Crosta, WSBA #10571
999 3rd Avenue, Suite 2525
Seattle, WA 98104-4032
Telephone: (206) 224-0900
Facsimile: (206) 223-3929
bcrosta@crostalaw.com

*Attorneys for Plaintiff Lindsay Dunn*

-and-

MONTGOMERY SCARP, PLLC

By:/s/ Kelsey Endres
Kelsey Endres, WSBA #39409
Tom Montgomery, WSBA #19998
1218 3rd Avenue, Suite 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
kelsey@montgomeryscarp.com
tom@montgomeryscarp.com

*Attorneys for Defendant BNSF Railway Co.*

Stipulation for Dismissal Pursuant to FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 4

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington, the State of Minnesota, and the United States of America that on October 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel for defendant BNSF Railway Company:

> Mr. William Thomas Montgomery
> Ms. Kelsey Endres
> MONTGOMERY SCARP, PLLC
> 1218 Third Avenue, Suite 2500
> Seattle, WA 98111
> Telephone: (206) 625-1801
> Facsimile: (206) 625-1807
> E-Mail: tom@montgomeryscarp.com
>    kelsey@montgomeryscarp.com

DATED this 19th day of October 2017, at Saint Paul, Minnesota.

> */s/ Christopher W. Bowman*
> William G. Jungbauer
> Christopher W. Bowman
> YAEGER & JUNGBAUER BARRISTERS, PLC
> 4601 Weston Woods Way
> Saint Paul, MN 55127
> T: (651) 288-9500 F: (651) 288-0227
>
> *Attorneys for Plaintiff*

Stipulation for Dismissal Pursuant to FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Certificate of Service

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY DUNN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>　　　　　　　　　Defendant | Court File No.: 2:17-CV-333<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL<br><br>NOTING DATE: OCTOBER 19, 2017 |

Having considered the parties' Stipulation for Voluntary Dismissal Pursuant To Fed. R. Civ. P. 41 (ECF No. 30), IT IS HEREBY ORDERED that:

1. The above-captioned matter is DISMISSED without prejudice;
2. Defendant's pending Motion to Dismiss (ECF No. 27) is MOOT and, therefore, denied; and
3. Each party shall be responsible for its own costs and attorneys' fees.

DATED this 19th day of October, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order Granting Stip. for Dismissal – FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 1

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500

Presented by:

YAEGER & JUNGBAUER BARRISTERS, PLC

By: */s/ Christopher W. Bowman*
William G. Jungbauer, admitted *pro hac vice*
Christopher W. Bowman, admitted *pro hac vice*
4601 Weston Woods Way
Saint Paul, MN 55127
Telephone: (651) 288-9500
Facsimile: (651) 288-0227
wgjgrp@yjblaw.com
cbowman@yjblaw.com

-and-

CROSTA LAW OFFICE

By: */s/ Bradley K. Crosta*
Bradley K. Crosta, WSBA #10571
999 3rd Avenue, Suite 2525
Seattle, WA 98104-4032
Telephone: (206) 224-0900
Facsimile: (206) 223-3929
bcrosta@crostalaw.com

*Attorneys for Plaintiff Lindsay Dunn*

-and-

MONTGOMERY SCARP, PLLC

By: */s/ Kelsey Endres*
Kelsey Endres, WSBA #39409
Tom Montgomery, WSBA #19998
1218 3rd Avenue, Suite 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
kelsey@montgomeryscarp.com
tom@montgomeryscarp.com

*Attorneys for Defendant BNSF Railway Co.*

~~[Proposed]~~ Order Granting Stip. for Dismissal – FRCP 41(a)
WD Wash Court File No. 2:17-CV-333
Page 2

Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
St. Paul, MN 55127
651-288-9500